RECEIVED

AUG 2 8 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

THE COURT OF CRIMINAL APPEALS
OF AUSTIN TEXAS

| Bobby Williams APPELLANT VS THE STATE OF TEXAS APPELLEE | APPEAL NUMBER NO# 02-15-00232-CR |
| | TRIAL CT NUMBER NO# 1399744D |

MOTION FOR EXTENSION OF TIME COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS TO FILE APPEALLANTS PETITION FOR DISCRETIONARY REVIEW THE HONORABLE COURT OF APPEALS:

COMES NOW, Bobby WILLIAMS APPEALLANT, PRO-SE WHO WAS CONVICTED OF THE OFFENSE OF FAILURE TO REGISTER AND SENTENCED ON 29TH JUNE-2015, IN CRIMINAL CASE NUMBER 1399744D STYLED THE STATE OF TEXAS VS. Bobby WILLIAMS IN THE 2nd DISTRICT COURT OF TARRANT COUNTY TEXAS, APPEALLANT MOVES THE COURT TO EXTEND THE TIME FOR FILING HIS PETITION FOR DISCRETIONARY FROM PRESENT DEADLINE OF SEPTEMBER, 20th 2015 THROUGH AN ADD 90 DAYS OF A NEW DEADLINE OF DECEMBER, 20th 2015

FILED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

APPEALLANT HAS NO PRIOR EXTENSIONS IN THIS MATTER AND THEREFOR SHOULD BE ALLOWED AN EXTENSION IN ORDER TO PREPARE HIS PETITION FOR DISCRETIONARY REVIEW.

MOTION FOR NEW TRIAL WAS FILED ON JULY-15-2015 AND OVERRULED ON THE 20th DAY OF AUGUST, 2015.

APPEALLANT WAS REPRESENTED IN TRIAL COURT BY A COURT APPOINTED ATTORNEY WHO REFUSE TO PRESENT THE TRIAL COURT WITH HIS MENTAL ILLNESS HISTORY AT THE TIME OF THE PLEA BARGIN HEARING. APPEALLANT HAD BEEN PREVIOUSLY CLASSIFIED INCOMPETENT AND SPENT FIVE MONTHS IN THE STATE HOSPITAL. APPEALLANT DID NOT UNDERSTAND THE COURT PROCEDURE AND CONSTANTLY INFORMED HIS LAWYER OF HIS LACK OF UNDERSTANDING. APPEALLANT'S COURT APPOINTED ATTORNEY REPRESENTATION WAS INEFFECTIVE AT THE TIME OF TRIAL. COURT APPOINTED ATTORNEY SIMPLY INSTRUCTED APPEALLANT TO SAY YES TO EVERY-THING THE JUDGE ASKS YOU. APPEALLANT WAS IN A DRUGED LIKE DAZE FROM MEDICATION THAT IS PRESCRIBED TO HIM. APPEALLANT REQUEST AN OPPORTUNITY TO RESEARCH HIS CASE TO PRESENT VALID ARGUMENT TO THE APPEAL COURT,

APPELLANT IS WITHIN THE LEGAL AMOUNTED TIME ALLOWED BY LAW TO REQUEST AN EXTENSION OF TIME TO FILE HIS PETITION FOR DISCRETIONARY REVIEW.

## PRAYER

WHERETORE, APPELLANT PRAYS THAT THE TIME FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN THE COURT OF CRIMINAL APPEALS OF AUSTIN TEXAS BE EXTENDED FROM, SEPTEMBER 20TH 2015 TO DECEMBER 20TH 2015

Bobby Williams
APPELLANT PRO-SE

8-25-15
DATE

## Verification of Unsworn Declaration

**Bobby Williams**, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, # **0861310** currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing **MOTION FOR EXTENSION OF TIME** and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this **25** day of **AUGUST**, 20 **15**

_Bobby Williams_
(Signature) Defendant pro se

**Bobby WILLIAMS**
(Print Name)

CID **0861310** DOB **9/21/1962**

**100 NORTH LAMAR ST**
Address:
**FORT WORTH TEXAS 76196**

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

**Bobby Williams**, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Sharon Wilson by mailing via first class mail to SHARON WILSON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this **25** day of **AUGUST**, 20**15**

_Bobby Williams_

[Defendant's Name], Defendant Pro Se

CID # **861310** DOB **9/21/1962**

100 N. Lamar St.

Fort Worth, TX 76102-1954



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00232-CR

| | | |
|---|---|---|
| Bobby Williams | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1399744D) |
| v. | § | August 20, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM